# E-filing

1  COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

2

3  Name  LEWIS   ANTHONY   CEASER

4      (Last)    (First)    (Initial)

5  Prisoner Number  V95299

6  Institutional Address  SALINAS VALLEY STATE prison PO box 1050

7  SOLEDAD, CALifornia 93960

8  ===========================================================

9  UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA

10  ANTHONY CEASER LEWIS                        CV 08  WHA 1361

11  (Enter the full name of plaintiff in this action.)

12      vs.   ET, AL                  Case No. _____
                                         (To be provided by the clerk of court)

13  Department of Justice

14  And West Ann's penal        COMPLAINT UNDER THE (PR)
                                     CIVIL RIGHTS ACT,

15  Book of proceeduces          42 U.S.C §§ 1983

16  owenors of publishcations.

17  (Enter the full name of the defendant(s) in this action))

18  [All questions on this complaint form must be answered in order for your action to proceed..]

19  I.  Exhaustion of Administrative Remedies

20  [Note: You must exhaust your administrative remedies before your claim can go

21  forward. The court will dismiss any unexhausted claims.]

22  A.  Place of present confinement  STATE OF CALIFORNIA SALINAS VALLEY STATE PRISON

23  B.  Is there a grievance procedure in this institution?

24      YES (●)   NO ( )

25  C.  Did you present the facts in your complaint for review through the grievance

26      procedure?

27      YES (●)   NO ( )

28  D.  If your answer is YES, list the appeal number and the date and result of the

COMPLAINT                     - 1 -

|   |   |   |
|---|---|---|
| 1 | | appeal at each level of review. If you did not pursue a certain level of appeal, |
| 2 | | explain why. |
| 3 | | 1. Informal appeal _____ |
| 4 | | _____ |
| 5 | | _____2. First |
| 6 | | formal level_____ |
| 7 | | _____ |
| 8 | | _____ |
| 9 | | 3. Second formal level_____ |
| 10 | | _____ |
| 11 | | _____4 Third |
| 12 | | formal level_____ |
| 13 | | _____ |
| 14 | | _____ |
| 15 | E. | Is the last level to which you appealed the highest level of appeal available to |
| 16 | | you? |
| 17 | | YES ■    NO ( ) |
| 18 | F. | If you did not present your claim for review through the grievance procedure, |
| 19 | | explain why. I PRESENTED THE CLAIM BUT DID EVEN RECIEVE ANYTHING BUT WE DONT HANDLE ANYTHING THAT NOT WITHIN |
| 20 | | OUR DEPT OF CORRECTIONS SPEAK TO A ATTORNEY AND |
| | | THEY'll HELP YOU! |
| 21 | | _____ |
| 22 | II. | Parties |
| 23 | A. | Write your name and your present address. Do the same for additional plaintiffs, |
| 24 | | if any. |
| 25 | | ANThony CEASER LEWIS SAlinAS VAlley STATE prison |
| 26 | | P.O. box 1050, SolEDAD CAliFoRNIA 93960 |
| 27 | | B2-114UP - V-95299 |
| 28 | B. | Write the full name of each defendant, his or her official position, and his or her |

COMPLAINT                                                     - 2 -

1  place of employment.

2  _____

3  _____

4  _____

5  _____

6  _____ III.

7  Statement of Claim

8  State here as briefly as possible the facts of your case. Be sure to describe how each

9  defendant is involved and to include dates, when possible. Do not give any legal arguments or

10 cite any cases or statutes. If you have more than one claim, each claim should be set forth in a

11 separate numbered paragraph.

12 I WAS SUPPOSED TO "START A Application" of 290

13 Application. The instructions Do not "clARiFY

14 cleARy" of what is needed AS TO UNITED STATES

15 process of "STATEMENTS", TO police or officials

16 STATEMENT FORM. "ON The Application 290 pc"

17 AND The STATEMENT is About who you, work,

18 For? And what do they do? or what type of

19 Social gatherings?, GENERAL conversation.

20 And All constitutions VIOLATED Freedom,

21 TRAVEL, PRIVACY, COUNTED METER, SAFES, GPS

22 _____

23 _____

24 _____

25 IV.  Relief

26 Your complaint cannot go forward unless you request specific relief. State briefly exactly

27 what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

28 Defective STATUE or iLLegal document showing
   A STATEMENT TO ME, AS to why, There no
   MiRANDA. Brief explaination of Arrest procedure
   or explaination in Directions

1 _____
2 _____
3 _____
4 _____
5 _____
6 _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___4TH___ day of ___March___, 20_08_

_____Anthony Lewis_____
(Plaintiff's signature)

COMPLAINT                           - 4 -

1 | place of employment.
2 | _____
3 | _____
4 | _____
5 | _____
6 | _____III.
7 | Statement of Claim
8 |  State here as briefly as possible the facts of your case. Be sure to describe how each
9 | defendant is involved and to include dates, when possible. Do not give any legal arguments or
10 | cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11 | separate numbered paragraph.
12 | _____
13 | _____
14 | _____
15 | _____
16 | _____
17 | _____
18 | _____
19 | _____
20 | _____
21 | _____
22 | _____
23 | _____
24 | _____
25 | IV. Relief
26 |  Your complaint cannot go forward unless you request specific relief. State briefly exactly
27 | what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28 | _____

COMPLAINT     - 3 -

1  _____
2  _____
3  _____
4  _____
5  _____
6  _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _____ day of _____, 20____

_____
(Plaintiff's signature)

COMPLAINT                                      - 4 -