FILED
08 MAR 10 PM 3:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 1361 WHA

Plaintiff, vs. Defendant.

CASE NO. ________

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS (PR)

I, Anthony Ceaser Lewis, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No Ø

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Ø Net: Ø

Employer: none

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

none ______________________________

______________________________

______________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

______________________________

______________________________

3. Are you married? — Yes ___ No X

Spouse's Full Name: none ______________________________

Spouse's Place of Employment: none ______________________________

Spouse's Monthly Salary, Wages or Income:

Gross $ Ø ______________ Net $ Ø ______________

4. a. List amount you contribute to your spouse's support:$ Ø ______________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

none

5. Do you own or are you buying a home? Yes ___ No X

Estimated Market Value: $ Ø Amount of Mortgage: $ Ø

6. Do you own an automobile? Yes ___ No X

Make Ø Year Ø Model Ø

Is it financed? Yes ___ No X If so, Total due: $ Ø

Monthly Payment: $ Ø

7. Do you have a bank account? Yes X No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: Washington Mutual inc 1970 N. Main St Salinas, California 93907

Present balance(s): $ 1.00

Do you own any cash? Yes ___ No X Amount: $ Ø

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No X

8. What are your monthly expenses?

Rent: $ 800.00 Utilities: ___

Food: $ 200.00 Clothing: ___

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| Ø | $ Ø | $ Ø |
| | $ | $ |
| | $ | $ |

9. Do

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

________________________________________

________________________________________

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NONE

________________________________________

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

march/ 4th/2008 — DATE

[signature] — SIGNATURE OF APPLICANT

**Case Number:** ____________________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Ø for the last six months at Anthony Ceaser Lewis SALINAS VALLEY STATE PRISON PO BOX 1050 [prisoner name] SOLEDAD CALIF 93960 where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ Ø and the average balance in the prisoner's account each month for the most recent 6-month period was $ Ø.

Dated: MARCH 4th 2008

[Authorized officer of the institution]

PORT ID: TS3030 .701 REPORT DATE: 01/11/08
PAGE NO: 2

SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 11, 2008

CT: V95299 ACCT NAME: LEWIS, ANTHONY CESAR ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

TE SENTENCED: 08/26/05 CASE NUMBER: SS051130
UNTY CODE: MON FINE AMOUNT: $ 1,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| /06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 2.73- | 974.47 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 2.46 | 2.46 | 0.00 | 61.38 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 61.38- |

Anthony C Lewis V95299
03/04/2008

:PORT ID: TS3030 .701 REPORT DATE: 01/11/08

PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SALINAS VALLEY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 11, 2008

:COUNT NUMBER : V95299 BED/CELL NUMBER: FBB2T1000000114U
:COUNT NAME : LEWIS, ANTHONY CESAR ACCOUNT TYPE: I
:IVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| TE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| )/01/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| /06* | VD54 | INMATE PAYROL | 1254 P9/07 | | 2.46 | | 2.46 |
| /19 | W516 | LEGAL COPY CH | 1386 ENVEL | | | 0.20 | 2.26 |
| /20 | W512 | LEGAL POSTAGE | 1397 LPOST | | | 0.41 | 1.85 |
| /20 | W512 | LEGAL POSTAGE | 1397 LPOST | | | 0.41 | 1.44 |
| /26 | W516 | LEGAL COPY CH | 1422 LCOPY | | | 0.60 | 0.84 |
| /26 | W512 | LEGAL POSTAGE | 1422 ENVEL | | | 0.45 | 0.39 |
| /27 | W512 | LEGAL POSTAGE | 1432 LPOST | | | 0.39 | 0.00 |
| :/13 | W512 | LEGAL POSTAGE | 1575 ENVEL | | | 0.95 | 0.95- |
| :/14 | W919 | REVERSE LEGAL | 1579 1575 | | | 0.95- | 0.00 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| :/24/2007 | H109 | LEGAL POSTAGE HOLD | 1654 LPOST | 4.60 |
| :/24/2007 | H109 | LEGAL POSTAGE HOLD | 1654 LPOST | 5.05 |
| /02/2008 | H109 | LEGAL POSTAGE HOLD | 1697 ENVEL | 0.80 |
| /02/2008 | H118 | LEGAL COPIES HOLD | 1696 LCOPY | 16.60 |
| /02/2008 | H118 | LEGAL COPIES HOLD | 1696 LCOPY | 18.70 |
| /02/2008 | H118 | LEGAL COPIES HOLD | 1696 LCOPY | 2.90 |
| /03/2008 | H109 | LEGAL POSTAGE HOLD | 1700 LPOST | 0.41 |
| /04/2008 | H118 | LEGAL COPIES HOLD | 1734 LCOPY | 0.30 |
| /07/2008 | H107 | POSTAGE HOLD | 1747 POST | 1.65 |
| /10/2008 | H109 | LEGAL POSTAGE HOLD | 1792 LPOST | 1.99 |
| /10/2008 | H109 | LEGAL POSTAGE HOLD | 1792 LPOST | 0.58 |
| /11/2008 | H109 | LEGAL POSTAGE HOLD | 1802 LPOST | 2.50 |
| /11/2008 | H118 | LEGAL COPIES HOLD | 1807 LCOPY | 4.20 |
| /11/2008 | H109 | LEGAL POSTAGE HOLD | 1803 ENVEL | 1.10 |

* RESTITUTION ACCOUNT ACTIVITY

ιTE SENTENCED: 08/26/05 CASE NUMBER: SS051130
)UNTY CODE: MON FINE AMOUNT: $ 1,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| )/01/2007 | | BEGINNING BALANCE | | 977.20 |