FILED
08 MAR 10 PH 3:29
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Anthony Ceaser Lewis,
    Plaintiff,

vs. ET, AL
Department of Justice
and West Ann's Penal
Book of proceedures Defendant.
Owners of publishcations

CASE NO. CV 08 1361 WHA

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS (PR)

I, Anthony Ceaser Lewis, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0      Net: 0

Employer: none

```
REPORT ID: TS3030  .701                                    REPORT DATE: 01/11/08
                                                           PAGE NO:          2
                         SALINAS VALLEY STATE PRISON
                         INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 11, 2008

ACCT: V95299        ACCT NAME: LEWIS, ANTHONY CESAR         ACCT TYPE: I


                      *  RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/26/05                         CASE NUMBER: SS051130
COUNTY CODE: MON                                 FINE AMOUNT: $   1,000.00

   DATE       TRANS.   DESCRIPTION                    TRANS. AMT.      BALANCE
   ------     ------   ------------------------------ -----------    ----------
  11/06/07    VR54     RESTITUTION DEDUCTION-SUPPORT       2.73-        974.47

     *  THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT  *
     *  IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.        *


                            TRUST ACCOUNT SUMMARY

 BEGINNING        TOTAL         TOTAL         CURRENT        HOLDS       TRANSACTIONS
  BALANCE       DEPOSITS     WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED
 ---------     ----------    -----------    ----------    ----------    -------------
    0.00          2.46           2.46           0.00         61.38           0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                            -----------
                                                                61.38-
```

*Anthony C Lewis*
*03/15/2008*

```
REPORT ID: TS3030  .701                                    REPORT DATE: 01/11/08
                                                           PAGE NO:         1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                              SALINAS VALLEY STATE PRISON
                             INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 11, 2008

ACCOUNT NUMBER : V95299                    BED/CELL NUMBER: FBB2T1000000114U
ACCOUNT NAME   : LEWIS, ANTHONY CESAR      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                                TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION     COMMENT     CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
-----   ----  -----------     -------     ---------  --------   -----------   -------

10/01/2007    BEGINNING BALANCE                                                 0.00

11/06*VD54 INMATE PAYROL 1254 P9/07                    2.46                     2.46
11/19 W516 LEGAL COPY CH 1386 ENVEL                                0.20         2.26
11/20 W512 LEGAL POSTAGE 1397 LPOST                                0.41         1.85
11/20 W512 LEGAL POSTAGE 1397 LPOST                                0.41         1.44
11/26 W516 LEGAL COPY CH 1422 LCOPY                                0.60         0.84
11/26 W512 LEGAL POSTAGE 1422 ENVEL                                0.45         0.39
11/27 W512 LEGAL POSTAGE 1432 LPOST                                0.39         0.00
12/13 W512 LEGAL POSTAGE 1575 ENVEL                                0.95         0.95-
12/14 W919 REVERSE LEGAL 1579 1575                                 0.95-        0.00


                              CURRENT HOLDS IN EFFECT

  DATE      HOLD
 PLACED     CODE       DESCRIPTION                COMMENT         HOLD AMOUNT
---------   ----    ------------------------    ------------      -----------
12/24/2007  H109    LEGAL POSTAGE HOLD          1654 LPOST              4.60
12/24/2007  H109    LEGAL POSTAGE HOLD          1654 LPOST              5.05
01/02/2008  H109    LEGAL POSTAGE HOLD          1697 ENVEL              0.80
01/02/2008  H118    LEGAL COPIES HOLD           1696 LCOPY             16.60
01/02/2008  H118    LEGAL COPIES HOLD           1696 LCOPY             18.70
01/02/2008  H118    LEGAL COPIES HOLD           1696 LCOPY              2.90
01/03/2008  H109    LEGAL POSTAGE HOLD          1700 LPOST              0.41
01/04/2008  H118    LEGAL COPIES HOLD           1734 LCOPY              0.30
01/07/2008  H107    POSTAGE HOLD                1747 POST               1.65
01/10/2008  H109    LEGAL POSTAGE HOLD          1792 LPOST              1.99
01/10/2008  H109    LEGAL POSTAGE HOLD          1792 LPOST              0.58
01/11/2008  H109    LEGAL POSTAGE HOLD          1802 LPOST              2.50
01/11/2008  H118    LEGAL COPIES HOLD           1807 LCOPY              4.20
01/11/2008  H109    LEGAL POSTAGE HOLD          1803 ENVEL              1.10


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/26/05                    CASE NUMBER: SS051130
COUNTY CODE: MON                            FINE AMOUNT: $   1,000.00

   DATE      TRANS.   DESCRIPTION                    TRANS. AMT.    BALANCE
  -------    ------   -----------                    -----------    -------

10/01/2007   BEGINNING BALANCE                                       977.20
```



Anthony Jerez Lewis #95299
California Valley State Prison
B2-114up
P.O. Box 1050
Coalinga, California 93260-1050

STATE PRISON
GENERATED MAIL
MAIL ONLY

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California —94102—

UNITED STATES POSTAGE
$ 00.58⁰
MAILED FROM ZIP CODE 93960
MAR 17 2008
0004397458
02 1A
PITNEY BOWES